UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT EASTERN DISTRICT OF PENNSYLVANIA

In re:                                : Chapter 13

Edward MacEntee,                      : Case No. 16-16707-amc

Debtor.                               :

### ENTRY OF APPEARANCE AND
### WITHDRAWAL OF APPEARANCE

To the Clerk:

Kindly enter my appearance on behalf of Debtor, Edward MacEntee, in the above-referenced matter.

Dated: 8/9/18

_____
Patricia M. Mayer, Esquire
WATERMAN & MAYER, LLP
301 Oxford Valley Rd., Ste. 203B
Yardley, PA 19067
(215) 493-4300
pmayer.esq@comcast.net
Attorneys for Debtor

Kindly withdraw my appearance on behalf of Debtor, Edward MacEntee, in the above-referenced matter.

Dated: Aug 9, 2018

_____
James D. Moran, Esquire
Law Office of James D. Moran
100 South Broad Street, Suite 2230
Philadelphia, PA 19110
(215) 751-1670
jamesdmoran@hotmail.com