UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Edward MacEntee | : | Bankruptcy No. 16-16707amc |
| Debtor. | : | **HEARING DATE: 10/02/18, 10:00 a.m.** |
| | : | **COURTROOM NO. 4** |

**ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN**
**CHAPTER 13 PLAN POST-CONFIRMATION**

**AND NOW**, this _____ day of _____, 2018 upon consideration of the Debtor's Motion to Modify his Chapter 13 Plan Post-Confirmation and any response filed thereto and for good cause shown,

**IT IS HEREBY ORDERED** that Debtor's Motion is **GRANTED** and the Debtor's Fourth Amended Chapter 13 Plan as filed on August 27, 2018 is **CONFIRMED**.

_____
Ashely Chan, Judge
United States Bankruptcy Court