UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Edward MacEntee, | : | Bankruptcy No. 16-16707amc |
| | : | |
| Debtor. | : | |
| | : | |

# DEBTOR'S PRAECIPE TO FOURTH
## AMENDED PLAN

TO THE CLERK:

Please withdraw the Debtor's Fourth Amended Chapter 13 Plan Post-Confirmation.

Respectfully submitted,

 /s/ Patricia M. Mayer
Patricia M. Mayer, Esquire
301 Oxford Valley Rd., Ste. 203B
Yardley, PA  19067
(215) 493-4300
Counsel for Debtor

Dated: September 4, 2018