UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Edward MacEntee, | : | Bankruptcy No. 16-16707amc |
| | : | |
| Debtor. | : | **HEARING DATE:  10/02/18, 10 a.m.** |
| | : | **COURTROOM NO. 4** |

**DEBTOR'S PRAECIPE TO WITHDRAW
MOTION TO MODIFY CHAPTER 13
<u>PLAN POST-CONFIRMATION</u>**

TO THE CLERK:

Please withdraw the Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation.

Respectfully submitted,

  /s/ Patricia M. Mayer
Patricia M. Mayer, Esquire
301 Oxford Valley Rd., Ste. 203B
Yardley, PA  19067
(215) 493-4300
Counsel for Debtor

Dated: September 4, 2018