United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16707-amc
Edward MacEntee                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi            Page 1 of 1            Date Rcvd: Sep 20, 2018
                               Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13862939       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 21 2018 01:39:36
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
               Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
              JAMES D. MORAN    on behalf of Plaintiff Edward  MacEntee jamesdmoran@hotmail.com
              JEFFREY C. MCCULLOUGH    on behalf of Defendant Daniel J. Carr jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Creditor Daniel  Carr jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JOHN D. BLUMENTHAL    on behalf of Creditor Daniel  Carr jdblumenthal@verizon.net,
               judithr105@verizon.net
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Savings Fund, FSB, et al.
               mshavel@hillwallack.com,    lcampbell@hillwallack.com;mosbeck@hillwallack.com
              PATRICIA M. MAYER    on behalf of Debtor Edward  MacEntee pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              SIOBHAN D. BYRNES    on behalf of Creditor    Bucks County Water & Sewer Authority
               sbyrnes@begleycarlin.com,    brossmann@begleycarlin.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 16

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16707-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Edward MacEntee
35 West Butler Ave.,
Doylestown PA 18901

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/19/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 5: Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146 | Wilmington Savings Fund, FSB, et al<br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road, Suite 200-B<br>Anaheim, CA 92806 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/22/18

Tim McGrath
**CLERK OF THE COURT**