UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| Edward MacEntee, | : | Bankruptcy No. 16-16707amc |
| | : | **HEARING DATE:   10/09/18, 11 A.M.** |
| Debtor. | : | **COURTROOM NO. 4** |
| | : | |

### ORDER GRANTING DEBTOR'S MOTION TO APPROVE SETTLEMENT
### OF WORKER'S COMPENSATION ACTION
### <u>AND COMPENSATION OF SPECIAL COUNSEL</u>

**AND NOW**, upon consideration of the Debtor's Motion to Approve Settlement of his

worker's compensation action and compensation of special counsel and any response filed thereto,

It is hereby **ORDERED**, that the Debtor's Motion is **GRANTED;**

It is further **ORDERED** that the terms of the settlement of Debtor's worker's

compensation claim are **APPROVED** including approval of compensation to Thomas More

Holland, special counsel to Debtor.

**Date: October 9, 2018**

_____

Ashely M. Chan, Judge
United States Bankruptcy Court