United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-16707-amc
Edward MacEntee                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Oct 10, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db             +Edward MacEntee,    35 West Butler Ave.,,    Doylestown, PA 18901-5105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
        ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        ANN E. SWARTZ     on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        ANN E. SWARTZ     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
         Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
        CELINE P. DERKRIKORIAN     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company ecfmail@mwc-law.com
        CELINE P. DERKRIKORIAN     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
        JAMES D. MORAN    on behalf of Plaintiff Edward  MacEntee jamesdmoran@hotmail.com
        JEFFREY C. MCCULLOUGH     on behalf of Defendant Daniel J. Carr jeffmccullough@bondmccullough.com,
         mbehrlacher@bondmccullough.com
        JEFFREY C. MCCULLOUGH     on behalf of Creditor Daniel  Carr jeffmccullough@bondmccullough.com,
         mbehrlacher@bondmccullough.com
        JOHN D. BLUMENTHAL     on behalf of Creditor Daniel  Carr jdblumenthal@verizon.net,
         judithr105@verizon.net
        MICHAEL J. SHAVEL     on behalf of Creditor    Wilmington Savings Fund, FSB, et al.
         mshavel@hillwallack.com,    lcampbell@hillwallack.com;mosbeck@hillwallack.com
        PATRICIA M. MAYER     on behalf of Debtor Edward  MacEntee pmayer.esq@comcast.net,
         nydia.ramirez@comcast.net
        RAYMOND M. KEMPINSKI     on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        REBECCA ANN SOLARZ     on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
        SIOBHAN D. BYRNES     on behalf of Creditor    Bucks County Water & Sewer Authority
         sbyrnes@begleycarlin.com,    brossmann@begleycarlin.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                            TOTAL: 16

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| Edward MacEntee, | : | Bankruptcy No. 16-16707amc |
| | : | **HEARING DATE:  10/09/18, 11 A.M.** |
| Debtor. | : | **COURTROOM NO. 4** |
| | : | |

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE SETTLEMENT
OF WORKER'S COMPENSATION ACTION
AND COMPENSATION OF SPECIAL COUNSEL**

**AND NOW**, upon consideration of the Debtor's Motion to Approve Settlement of his worker's compensation action and compensation of special counsel and any response filed thereto,

It is hereby **ORDERED**, that the Debtor's Motion is **GRANTED;**

It is further **ORDERED** that the terms of the settlement of Debtor's worker's compensation claim are **APPROVED** including approval of compensation to Thomas More Holland, special counsel to Debtor.

**Date: October 9, 2018**

_____
Ashely M. Chan, Judge
United States Bankruptcy Court