United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-16707-amc
Edward MacEntee                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett         Page 1 of 1           Date Rcvd: Jun 24, 2019
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
14200017        +Wilmington Savings Fund, FSB, et al,   Carrington Mortgage Services, LLC,
                 1600 South Douglass Road, Suite 200-B,   Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:
          ALEXANDRA T. GARCIA   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ   on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability
           Company ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
          JAMES D. MORAN   on behalf of Plaintiff Edward  MacEntee jamesdmoran@hotmail.com
          JEFFREY C. MCCULLOUGH   on behalf of Defendant Daniel J. Carr jeffmccullough@bondmccullough.com,
           mbehrlacher@bondmccullough.com
          JEFFREY C. MCCULLOUGH   on behalf of Creditor Daniel  Carr jeffmccullough@bondmccullough.com,
           mbehrlacher@bondmccullough.com
          JOHN D. BLUMENTHAL   on behalf of Creditor Daniel  Carr jdblumenthal@verizon.net,
           judithr105@verizon.net
          MICHAEL J. SHAVEL   on behalf of Creditor   Wilmington Savings Fund, FSB, et al.
           mshavel@hillwallack.com,  lcampbell@hillwallack.com;mosbeck@hillwallack.com
          PATRICIA M. MAYER   on behalf of Debtor Edward  MacEntee patriciamayerpc@gmail.com,
           nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
          RAYMOND M. KEMPINSKI   on behalf of Creditor   Bayview Loan Servicing, LLC raykemp1006@gmail.com,
           raykemp1006@gmail.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          SIOBHAN D. BYRNES   on behalf of Creditor   Bucks County Water & Sewer Authority
           sbyrnes@begleycarlin.com,  brossmann@begleycarlin.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                         TOTAL: 16

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16707-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Edward MacEntee
35 West Butler Ave.,
Doylestown PA 18901

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/21/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Wilmington Savings Fund, FSB, et al, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-B, Anaheim, CA 92806 | Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/26/19

Tim McGrath
**CLERK OF THE COURT**