**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : |  |
| In Re:  **Withdrawal of Counsel** | : |  |
| **Patricia M. Mayer, Esquire** |  |  |
| **and Substitution of Counsel** |  | **Miscellaneous No. 19-03006** |
| **Howard Gershman, Esquire** | : |  |
|  | : |  |

**NOTICE**

On this 31st day of December 2019, notice is hereby given that pursuant to Local

Bankruptcy Rule 2091-1, Patricia M. Mayer has withdrawn her appearance as counsel and

Howard Gershman has been substituted as counsel of record pursuant to the attached list of

cases.

**Timothy B. McGrath**
**Clerk of Court**

**Cases to be transferred from Patricia Mayer, Esquire to Howard Gershman, Esquire**

| | |
|---|---|
| Guy Alston | 18-12211amc |
| Nicholas & Andrea Angelico | 15-18443mdc |
| Laurie Balent | 14-14783mdc |
| Michael & Darlena Beard | 18-13872amc |
| Paul Bernstein | 18-13446elf |
| Theodore Blucas | 18-15528elf |
| Susan Boyle | 17-14786jkf |
| Sean & Mary Browne | 18-16386elf |
| Brian Bunch | 17-13458jkf |
| Heather Burkart | 14-19614mdc |
| Laura Byrne | 17-14781mdc |
| Christy Decker | 18-16709amc |
| Thomas & Crystal Derr | 15-14630mdc |
| Melissa Dondero | 16-14035elf |
| Heath & Stacy Epstein | 16-10852elf |
| Ronald Evans | 18-15365mdc |
| Holly Gleisberg | 19-12431elf |
| Thomas Goehrig | 16-12995mdc |
| Jennifer Hoff | 15-18137jkf |
| Sadmir Ibric | 15-13742mdc |
| Valerie Jones | 18-13620elf |
| Patsy Long | 17-12650jkf |
| Edward MacEntee | 16-16707amc |
| Margaret McCluskey | 18-13229amc |

| | |
|---|---|
| William & Anita McMicken | 16-17705jkf |
| Susan Mindick | 16-17793amc |
| Robert & Cathy Mitchell | 17-12529jkf |
| Brian & Eileen Morris | 14-16893jkf |
| Ilene Morris | 18-11541amc |
| Joanne Mulzet | 17-17588amc |
| Joseph & Eileen Mumm | 15-10622elf |
| Kevin Murray | 17-12115amc |
| Hamidullah Nasrat | 16-17460mdc |
| Joseph & Leslie Navarro | 17-13242elf |
| Gerald Popp | 17-10583jkf |
| Tara Roe | 18-14713mdc |
| Kathleen Sasso | 15-17804amc |
| Brian Sottile | 16-13366mdc |
| Nikki Stern | 18-17693mdc |
| Michael & Terianne Taggart | 18-10601amc |
| James & Clare Thatcher | 18-15901jkf |
| Gladys Thompson | 18-12829elf |
| Amy Tommarelli | 19-10314mdc |
| Todd & Melissa Trice | 17-10756mdc |
| Daniel & Angelia Wehlau | 18-16741jkf |
| Hubert & Christine White | 18-12043jkf |