20-0368

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Edward MacEntee<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  16-16707 ELF |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

Kindly enter my appearance on behalf of GREAT AJAX OPERATING PARTNERSHIP, L.P. in the above captioned matter.

POWERS KIRN, LLC

By:  /s/  **Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Dated: September 9, 2020