United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward MacEntee  
    Debtor

Case No. 16-16707-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Sep 14, 2020  
                Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.  
14524177      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:

     ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
     ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
     ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
     CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
     CELINE P. DERKRIKORIAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com  
     HOWARD GERSHMAN    on behalf of Debtor Edward MacEntee hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
     JAMES D. MORAN    on behalf of Plaintiff Edward MacEntee jamesdmoran@hotmail.com  
     JEFFREY C. MCCULLOUGH    on behalf of Defendant Daniel J. Carr jeffmccullough@bondmccullough.com, lchung@bondmccullough.com  
     JEFFREY C. MCCULLOUGH    on behalf of Creditor Daniel Carr jeffmccullough@bondmccullough.com, lchung@bondmccullough.com  
     JILL MANUEL-COUGHLIN    on behalf of Creditor    GREAT AJAX OPERATING PARTNERSHIP, L.P. bankruptcy@powerskirn.com  
     JOHN D. BLUMENTHAL    on behalf of Creditor Daniel Carr jdblumenthal@verizon.net, judithr105@verizon.net  
     MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Savings Fund, FSB, et al. mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com  
     RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC raykemp1006@gmail.com, raykemp1006@gmail.com  
     REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com  
     SARAH K. MCCAFFERY    on behalf of Creditor    GREAT AJAX OPERATING PARTNERSHIP, L.P. bankruptcy@powerskirn.com  
     SIOBHAN D. BYRNES    on behalf of Creditor    Bucks County Water & Sewer Authority sbyrnes@begleycarlin.com, brossmann@begleycarlin.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                 TOTAL: 18

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16707-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Edward MacEntee
35 West Butler Ave.,
Doylestown PA 18901

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/11/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 | Great Ajax Operation Partnership, L.P.<br>P.O. Box 25430<br>Portland, OR 97298 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/16/20

Tim McGrath
**CLERK OF THE COURT**