United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Edward MacEntee  
    Debtor

Case No. 16-16707-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 18, 2021      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14537102 | + | Great Ajax Operation Partnership, L.P., P.O. Box 25430, Portland, OR 97298-0430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com |
| HOWARD GERSHMAN | on behalf of Debtor Edward MacEntee hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JAMES D. MORAN | on behalf of Plaintiff Edward MacEntee jamesdmoran@hotmail.com |
| JEFFREY C. MCCULLOUGH | on behalf of Defendant Daniel J. Carr jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 18, 2021 | Form ID: trc | Total Noticed: 1 |

JEFFREY C. MCCULLOUGH
    on behalf of Creditor Daniel Carr jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor GREAT AJAX OPERATING PARTNERSHIP  L.P. bankruptcy@powerskirn.com

JOHN D. BLUMENTHAL
    on behalf of Creditor Daniel Carr jdblumenthal@verizon.net  judithr105@verizon.net

LAUREN MOYER
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

LAUREN MOYER
    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com

MICHAEL J. SHAVEL
    on behalf of Creditor Wilmington Savings Fund  FSB, et al. mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Bayview Loan Servicing  LLC raykemp1006@gmail.com, raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor GREAT AJAX OPERATING PARTNERSHIP  L.P. bankruptcy@powerskirn.com

SARAH K. MCCAFFERY
    on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-A  BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

SIOBHAN D. BYRNES
    on behalf of Creditor Bucks County Water & Sewer Authority sbyrnes@begleycarlin.com  brossmann@begleycarlin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 19

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16707-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Edward MacEntee
35 West Butler Ave.,
Doylestown PA 18901

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/17/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Great Ajax Operation Partnership, L.P., P.O. Box 25430, Portland, OR 97298 | AJAX MORTGAGE LOAN TRUST 2021-A, BY U.S.<br>c/o Jill Manuel-Coughlin, Esquire<br>Powers Kirn, LLC<br>Eight Neshaminy Interplex, Suite 215<br>Trevose, PA 19053<br>Telephone: 215-942-2090 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  08/20/21

Tim McGrath
**CLERK OF THE COURT**