**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                              **Chapter 13**
EDWARD MACENTEE

                **Debtor(s)**                              **Case No.** 16-16707-ELF

## **NOTICE OF COMPLETION OF PLAN PAYMENTS**

William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

**Office of the Chapter 13 Trustee**

Date: 11/17/2021                  By:     */s/ Kenneth E. West*
                                                    Kenneth E. West, Esquire, Chapter 13 Trustee
                                                    1234 Market St., Suite 1813
                                                    Philadelphia, PA 19107
                                                    (215) 627-1377 (Phone)
                                                    (610) 627-6299 (Fax)