UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD MACENTEE                                        NO. 16-16707 ELF

DEBTOR'S APPLICATION TO DELAY DISCHARGE/CLOSURE OF CASE

1. Debtor received an Order this dated regarding the need for a Financial Management Certificate as a condition of discharge.

2. Debtor, incorrectly, believed that he had completed the course while represented by his first (of three) attorneys.

3. He is in the process of immediately remedying the deficiency.

WHEREFORE, Debtor prays this honorable to delay the entry of discharge or closure of the case until no sooner than December 3, 2021, in order to obtain the Financial Management Certificate.

Date: November 18, 2021

GERSHMAN LAW OFFICES PC

_____
Howard Gershman
610 York Road Ste. 200
Jenkintown, PA 19046
215.886.1120
howard@gershman-law.com

Service upon:
Kenneth E. West, Chapter 13 Trustee

APPROVED AND SO ORDERED:

BY THE COURT:

_____
Bankruptcy Judge