Certificate Number: 15317-PAE-DE-036149764

Bankruptcy Case Number: 16-16707



15317-PAE-DE-036149764

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 18, 2021</u>, at <u>2:32</u> o'clock <u>PM PST</u>, <u>Edward Macentee</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 18, 2021</u>          By:    <u>/s/Rolyn Martinada</u>

Name:  <u>Rolyn Martinada</u>

Title:   <u>Credit Counselor</u>