UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD MACENTEE                              NO. 16-16707 ELF

PRAECIPE TO WITHDRAW DEBTOR'S APPLICATION TO DELAY
DISCHARGE/CLOSURE OF CASE

TO THE CLERK:

Debtor having obtained and filed a Financial Management Certificate, please mark as withdrawn the Application to Delay Discharge.

Date: November 19, 2021

GERSHMAN LAW OFFICES PC

Howard Gershman
610 York Road Ste. 200
Jenkintown, PA 19046
215.886.1120
howard@gershman-law.com

Service upon:
Kenneth E. West, Chapter 13 Trustee