United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-16707-elf |
| Edward MacEntee | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 18, 2021 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Edward MacEntee, 35 West Butler Ave.,, Doylestown, PA 18901-5105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021             Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com |
| HOWARD GERSHMAN | on behalf of Debtor Edward MacEntee hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JAMES D. MORAN | on behalf of Plaintiff Edward MacEntee jamesdmoran@hotmail.com |
| JEFFREY C. MCCULLOUGH | on behalf of Defendant Daniel J. Carr jeffmccullough@bondmccullough.com lchung@bondmccullough.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 18, 2021 | Form ID: 212 | Total Noticed: 1 |

JEFFREY C. MCCULLOUGH
    on behalf of Creditor Daniel Carr jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-A  BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor GREAT AJAX OPERATING PARTNERSHIP  L.P. bankruptcy@powerskirn.com

JOHN D. BLUMENTHAL
    on behalf of Creditor Daniel Carr jdblumenthal@verizon.net  judithr105@verizon.net

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

LAUREN MOYER
    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com

MICHAEL J. SHAVEL
    on behalf of Creditor Wilmington Savings Fund  FSB, et al. mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Bayview Loan Servicing  LLC raykemp1006@gmail.com, raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor GREAT AJAX OPERATING PARTNERSHIP  L.P. bankruptcy@powerskirn.com

SARAH K. MCCAFFERY
    on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-A  BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

SIOBHAN D. BYRNES
    on behalf of Creditor Bucks County Water & Sewer Authority sbyrnes@begleycarlin.com  brossmann@begleycarlin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:   Chapter: 13

    Edward MacEntee

Debtor(s)   Case No: 16−16707−elf

_____

*ORDER*

AND NOW, November 18, 2021, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☐ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court