United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward MacEntee  
    Debtor

Case No. 16-16707-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 24, 2022      Form ID: 138OBJ      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward MacEntee, 35 West Butler Ave.,, Doylestown, PA 18901-5105 |
| 14630156 | + | AJAX MORTGAGE LOAN TRUST 2021-A, BY U.S., c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |
| 13799851 | + | Bayview Loan Servicing LLC,, a Delaware Limited Liability Company, c/o ANN E. SWARTZ, 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 13795886 | + | Bucks County Water & Sewer Authority, P.O. Box 3333, Harleysville, PA 19438-0900 |
| 13830545 | + | Bucks County Water & Sewer Authority, c/o SIOBHAN D. BYRNES, Begley Carlin & Mandio, 680 Middletown Blvd., Langhorne, PA 19047-1817 |
| 13829356 | + | Bucks County Water & Sewer Authority, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| 13799855 | + | Clerk of Courts, Bucks County, Criminal Division, 100 N. Main Street, Doylestown, PA 18901-3711 |
| 13818503 | + | Daniel Carr, c/o JEFFREY C. MCCULLOUGH, Bond & McCullough, 16 N. Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 13799852 | + | Daniel Carr, c/o JOHN D. BLUMENTHAL, Law Office of John D. Blumenthal, 179 N. Broad Street, Doylestown, PA 18901-3761 |
| 13795888 | + | Daniel J. Carr, 596 Old Bethlehem Road,, Quakertown, PA 18951-5505 |
| 14536568 | + | Great Ajax Operating Partnership, L.P., c/o Jill Manuel-Coughlin, Esq, Eight Neshaminy Interplex, Ste 215, Trevose, PA 19053-6980 |
| 14537102 | + | Great Ajax Operation Partnership, L.P., P.O. Box 25430, Portland, OR 97298-0430 |
| 13795889 | + | John D. Blumenthal, Esq., 179 N. Broad St.,, Doylestown, PA 18901-3761 |
| 13835337 | + | Proformance/ Plymouth Rock Assurance Company, Clark & DiStefano PC, 1500 Meeting House Road, Sea Girt, NJ 08750-2220 |
| 13795891 | + | Robert Cloud,, C/O Clark & DiStefano, PC, 1500 Meeting House Road,, Sea Girt, NJ 08750-2220 |
| 14345802 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13795892 | + | Terence Froman, 5660 Easton Road,, Pipersville, PA 18947-1099 |
| 14200017 | + | Wilmington Savings Fund, FSB, et al, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-B, Anaheim, CA 92806-5948 |
| 14195135 | | Wilmington Savings Fund, FSB, et al, C/O MICHAEL J. SHAVEL, Hill Wallack, LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 24 2022 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 24 2022 23:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13862939 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 24 2022 23:41:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 13795885 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 24 2022 23:41:00 | Bayview Loan Servicing,LLC., 4425 Ponce de Leon Drive,, 5th Floor,, Miami, FL 33146-1873 |

Case 16-16707-elf    Doc 108    Filed 01/26/22    Entered 01/27/22 00:33:18    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 138OBJ | Total Noticed: 24 |
| TOTAL: 5 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13889227 | | Clerk of Courts,Bucks County, 100 N.Main Street,Do |
| 13832019 | | James D.Moran,2230 Lamd Title Bldg.,Phila.,PA 1911 |
| 13880830 | | James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911 |
| 14524177 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13795887 | ##+ | Covered Bridge Capital,, 830 Penllyn Blue Bell Pike,, Blue Bell, PA 19422-1670 |
| 13795890 | ##+ | Marc Neff, Esq., 1818 Market St., 13th Floor,, Philadelphia, PA 19103-3608 |

TOTAL: 3 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com |
| HOWARD GERSHMAN | on behalf of Debtor Edward MacEntee hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JAMES D. MORAN | on behalf of Plaintiff Edward MacEntee jamesdmoran@hotmail.com |
| JEFFREY C. MCCULLOUGH | on behalf of Defendant Daniel J. Carr jeffmccullough@bondmccullough.com lchung@bondmccullough.com |
| JEFFREY C. MCCULLOUGH | on behalf of Creditor Daniel Carr jeffmccullough@bondmccullough.com lchung@bondmccullough.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-A BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor GREAT AJAX OPERATING PARTNERSHIP L.P. bankruptcy@powerskirn.com |
| JOHN D. BLUMENTHAL | on behalf of Creditor Daniel Carr jdblumenthal@verizon.net judithr105@verizon.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

MARISA MYERS COHEN

    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN

    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL J. SHAVEL

    on behalf of Creditor Wilmington Savings Fund  FSB, et al. mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

RAYMOND M. KEMPINSKI

    on behalf of Creditor Bayview Loan Servicing  LLC raykemp1006@gmail.com, raykemp1006@gmail.com

REBECCA ANN SOLARZ

    on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SARAH K. MCCAFFERY

    on behalf of Creditor GREAT AJAX OPERATING PARTNERSHIP  L.P. bankruptcy@powerskirn.com

SARAH K. MCCAFFERY

    on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-A  BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com

SIOBHAN D. BYRNES

    on behalf of Creditor Bucks County Water & Sewer Authority sbyrnes@begleycarlin.com  brossmann@begleycarlin.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Edward MacEntee
    Debtor(s)

Case No: 16−16707−elf

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/24/22